In the Matter of the Municipal Lien Filed by CORE JOINT CONCRETE PIPE CORPORATION, Lienor, against PAINO BROTHERS, INC., Assignee of CLEMENTE CONTRACTING COMPANY and Its Contract with the Westchester County Sanitary Sewer Commission, for Approximately 5,400 Feet of Trunk Sewer, Principally Located in the City of Yonkers, Known as Saw Mill Project, Section P of the Westchester County Sanitary Sewer Commission. CORE JOINT CONCRETE PIPE Co., INC., Petitioner-Appellant; BENJAMIN H. RAFF, Respondent.— Order denying petitioner's motion to amend its notice of mechanic's lien filed pursuant to section 12 of the Lien Law, *nunc pro tunc*, invoking for the purpose section 12-a by correcting the name of the lienor, reversed on the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. We are of opinion that the lien was valid as filed and that no such amendment was necessary, except as a matter of form. There was a substantial compliance with the statute. (*Gates & Co.* v. *Nat. Fair & Exposition Assn.*, 225 N. Y. 142.) There is no claim that the notice of lien is defective in any requirement other than that in the name of the lienor inserted in the lien the word " Corporation " was substituted for the words " Co., Inc.," after the words " Core Joint Concrete Pipe." The fact that there was in existence another corporation subsequently incorporated under the

name of Core Joint Concrete Pipe Corporation is immaterial, since the lien was verified by a proper officer and complied in all respects with the requirements of the Lien Law (§ 12). Lazansky, P. J., Young, Hagarty, Carswell and Johnston, JJ., concur.